IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 2:15CR-120 |
| | ) | |
| | ) | |
| | ) | |
| RONALD HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

COMES NOW the Defendant, RONALD HENDERSON, by counsel, in accordance with Rule 32 of the Federal Rules of Criminal Procedure, Section 6A1.2 of the Sentencing Guidelines and Policy Statements as well as this Court's sentencing Order, and hereby represents that the Defendant has reviewed the Probation Office's Pre-Sentence Report ("PSR") and states he does not have any objections to the PSR that affect the advisory guideline range.  In this pleading, Defendant also states his position with regard to the sentencing factors. The Defendant respectfully submits that a sentence below the low end of the guideline range is appropriate and that a downward departure from the guidelines is reasonable and appropriately accounts for each of the factors set forth in 18 U.S.C. § 3553; to-wit, the Defendant respectfully asks the Court to sentence him to probation or house arrest.

### Objections

As required by the rules of this Court, the Attorney for the Government, Counsel for the Defense and United States Probation communicated regarding any objections to the presentence report and both counsel indicated there were none.

## 18 U.S.C. § 3553(a) – Factors to Consider at Sentencing

In determining the appropriate sentence to impose, this Court must follow the guidance of

the United States Supreme Court in Gall vs. United States, 552 US 38, 50 (2007):

> *(The) district court should begin all sentencing proceedings by correctly calculating the applicable Guidelines range. As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark. The Guidelines are not the only consideration, however. Accordingly, after giving both parties an opportunity to argue for whatever sentence they deem appropriate, the district judge should then consider all of the § 3553(a) factors to determine whether they support the sentence requested by a party. In so doing, he may not presume that the Guidelines range is reasonable. He must make an individualized assessment based on the facts presented. If he decides that an outside-Guidelines sentence is warranted, he must consider the extent of the deviation and ensure that the justification is sufficiently compelling to support the degree of the variance. We find it uncontroversial that a major departure should be supported by a more significant justification than a minor one. After settling on the appropriate sentence, he must adequately explain the chosen sentence to allow for meaningful appellate review and to promote the perception of fair sentencing.* (Citation and footnote omitted).

Analysis of the factors set forth in 18 USC §3553(a) support the result which defendant

seeks.  The general directive of 18 USC § 3553 requires the Court to formulate a sentence which

is sufficient to accomplish the purposes of sentencing (explained below).  As such, so long as

this Court determines Mr. Henderson's sentence is sufficient as to him, his conduct and it's place

in the grand scheme of the justice system, the sentence is appropriate for purposes of 18 U.S.C. §

3553(a).  The statute instructs the Court to consider the need for the sentence to (a) to reflect the

seriousness of the offense, to promote respect for the law, and to provide just punishment for the

offense; (b) to afford adequate deterrence to criminal conduct; (c) to protect the public from

further crimes of the defendant; and (d) to provide the defendant with needed educational or

vocational training, medical care, or other correctional treatment in the most effective manner.

*Id.* at (a)(2).  In considering these goals of sentencing, the court is instructed to consider the following factors.

## I.  Nature and circumstances of the offense and the history and characteristics of the defendant. 18 USC §3553(a)(1)

Employee's Compensation Fraud is a serious offense to the degree that it is impactful upon society and affects the public trust in the employee's compensation system and to the degree that the general taxpayer's are the victims.  Mr. Henderson does not minimize or attempt to condone his role in this offense.

The following subparts are designed to address 18 U.S.C. § 3553(a)(1).

### Defendant's Criminal History

As the Court can tell by the thorough PSR of U.S. Probation Officer Noll, Mr. Henderson has had little prior involvement in the criminal justice system. The additional criminal conduct noted in the PSR occurred when Mr. Henderson was 23 years old.

### Characteristics of the Defendant

Mr. Henderson reportedly did not know his biological father and was adopted at birth by family members. Despite the fact that neither of his biological parents apparently having much involvement in his life, he seems to have had a good upbringing and did not suffer any abuse.

Mr. Henderson, to his testament, has maintained the close support of his immediate family and friends. Many of these individuals have submitted character and support letters and these are attached to this document as Exhibits. Further, Mr. Henderson has completed some programs and received certificates and recognition awards, copies of which are also attached as Exhibits.

The letters are as follows:

1).    Letter from Jacquelyn M. Shelton,  friend and businessperson.

2).     Letter from Rosiland T. Grant, friend.

3).     Eddie M. Buffaloe, Jr., Chief of Police for Elizabeth City Police Department.

4).     John Holley, Sheriff of Bertie County.

5).     Carisa Wheeler, friend.

6).     Christopher B. Robinson, CPA.

7).     Wendy A. Burkhouse, friend.

8).     Angellia Moore, friend and public school teacher.

9).     Timothy J. Copeland, friend and insurance agent.

10).    Ricky Clough, friend and President of Bill Clough Ford, Inc.

The certificates and or recognitions are as follows:

1).     Pitt Community College: 2015 Emotional Survival (Detention).

2).     Pitt Community College: 2015 Documenting the Incident.

3).     Pitt Community College: 2015 Legal Update (Detention).

4).     Pitt Community College: 2015 TB Awareness.

5).     Pitt Community College: 2015 Hazardous Materials.

6).     Pitt Community College: 2015 Fire Extinguisher Course.

7).     Pitt Community College: 2015 PPCT Defensive Tactics (Detention).

8).     United States Postal Service: Service Award.

9).     United States Postal Service: Certificate of Achievement.

10).    Mount Olive Missionary Baptist Church: Certificate of Appreciation.

The Court is urged to carefully consider Mr. Henderson's achievements, his loyalty to his family and his long employment tenure, as well as the obvious support he receives from his family, friends and members of the community.

Defendant's Health

Mr. Henderson's health is noted in the PSR, p. 11 ¶'s 39 and 40. Mr. Henderson appears to be in good physical and mental and emotional health, despite a heart –related procedure in 2012.

Family Circumstances

As explained in the PSR and alluded to and referenced *supra*, Mr. Henderson's biological parents were not involved in his life to any significant degree; however, Mr. Henderson enjoys the support of a loving family and has a wife and daughter. PSR, pp.10-11.

Depending on the Court's order at sentencing, Mr. Henderson understands he may be separated from his family for the first time.

Mr. Henderson requests that the Court grant him the opportunity to be allowed to provide for and support his wife and their household by allowing him to be placed on probation or house arrest.

The Nature of the Offense

Mr. Henderson pleaded guilty, signed a statement of facts and has accepted responsibility for his criminal acts. While acknowledging the clear violation of the law, Mr. Henderson will argue at the sentencing hearing that in consideration of the following factors, his proposed sentence is adequate.

**Need for the Sentence Imposed to Reflect the Seriousness of the Offense 18 USC § 3553(a)(2)(A)**

It is without a doubt serious when an individual commits fraud. Mr. Henderson's wrongs were in exploiting the trust placed in him by his employer and the government.  While this certainly harms the public in general, Mr. Henderson's conduct was more general, and in an

ethereal sense probably more removed in his mind, in that he did not steal from a specific individual.

Mr. Henderson is facing a sentence of 12 to 18 months in prison, and while this may not seem to be a long period of time in comparison to the sentence some individuals have received who have appeared before this Honorable Court, Mr. Henderson suggests a departure from the guidelines and a sentence of probation or house arrest in light of his background and characteristics is appropriate. It is respectfully submitted that the guideline sentence of 12 to 18 months is greater than necessary to accomplish the sentencing goals.

## Adequate Deterrence to Criminal Conduct 18 USC § 3553(a)(2)(B)

From all accounts, Mr. Henderson's conduct is an aberration.   As such, weighting the factor of deterrence is unlikely to prevent similar, specific criminal conduct.

As for general deterrence, the individuals who engage in this conduct will not be deterred by any prison sentence Mr. Henderson receives, as typically the motivations for others who commit this type of offense is largely specific to the individual and their circumstances.

As for specific deterrence, the fact that Mr. Henderson has been charged with and has pleaded guilty to a felony has certainly deterred Mr. Henderson from engaging in this conduct in the future and has forced him to face his friends and family with the knowledge of his conduct.

The Court can consider a variance based on "other ways in which the defendant had suffered atypical punishment…"[1]  In the case at bar, Mr. Henderson, who has heretofore enjoyed a relatively spotless employment record and standing within his family and community, will now be a convicted felon (although, it is unclear whether the larceny conviction from 7/16/1981 as noted in the PSR is a felony), which will be the scarlet letter he will be forced to wear for the rest

---

[1] United States v. Anderson, 533 F.3d 623 (8th Cir. 2008).

of his life, severely limiting his ability to be a productive member of society. His shame and remorse have been evident to his counsel and family.

## II.  Protect the Public from the Defendant 18 USC § 3553(a)(2)(C)

In this instance, Mr. Henderson is no longer involved in this conduct.  This fact, coupled with the restrictions of being placed on probation and subject to terms and conditions virtually obliterates the risk of future crime.

## III. Provision for the Defendant for training, care or treatment under 18 USC § 3553(a)(2)(D)

Mr. Henderson will avail himself of any training, care of treatment this Honorable Court may order.

## IV. Kinds of sentences available – 18 USC § 3553(a)(3):

This Court may, after determining the appropriate guideline calculation, depart downward and/or grant a variant sentence.  A downward departure is requested based on the discussion and consideration of the factors expressed herein.

## V.  Relevant Guidelines – 18 USC § 3553(a)(4)

The possible sentences and applicable guidelines are set forth in the PSR, subject to the position noted herein.

## VI. Relevant policy statements. 18 USC §3553(a)(5)

None known to the Defendant.

## VII. Need to avoid unwarranted sentencing disparities. 18 USC §3553(a)(6)

Counsel will argue this factor at sentencing based upon sentences imposed throughout the various districts and circuits in the United States.

## VIII. <u>Restitution. 18 USC §3553(a)(7)</u>

Mr. Henderson must pay a significant amount of mandatory restitution, and allowing him to remain on house arrest under terms where he can maintain employment will benefit the victim.

### <u>Conclusion</u>

This Court is respectfully urged to impose a sentence of probation or house arrest, as the same is sufficient, but not greater than necessary to comply with the purposes of sentencing, as discussed *supra*.  Although the defendant must obviously accept the consequences of his behavior, he will be severely punished by being a convicted felon and will benefit from rehabilitation as opposed to incarceration. He certainly understands that there will be serious consequences for his criminal activity, but hopes that once he has served his sentence, he will be able to continue to be the productive member of society he has always been.

Respectfully submitted this 28th day of April, 2016.

RONALD HENDERSON

BY: _____ /s/ _____
Nicholas D. Renninger, Esq., VSB No.77237
Counsel for Defendant Ronald Henderson
KOZAK, DAVIS & RENNINGER, P.C.
355 Crawford Street, Suite 700
Portsmouth, Virginia 23704
Tel: 757-222-2224
Fax: 757-399-8045
nrenninger@kozakfirm.com

## CERTIFICATE OF SERVICE

I certify that on this 28th day of April. 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to the following filing users:

Randy Stoker, Esq.
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number – 757-441-6331
Facsimile Number - 757-441-6689
Email – randy.stoker@usdoj.gov
*Attorney for the United States*


And I certify that I have sent the foregoing to the following non-filing user:

Jeffrey A. Knoll
U.S. Probation Officer
600 Granby Street
Suite 230
Norfolk, Virginia 23510


_____ /s/ _____

Nicholas D. Renninger, Esq., VSB No.77237
Counsel for Defendant Ronald Henderson
KOZAK, DAVIS & RENNINGER, P.C.
355 Crawford Street, Suite 700
Portsmouth, Virginia 23704
Tel: 757-222-2224
Fax: 757-399-8045
nrenninger@kozakfirm.com

Honorable Rebecca Beach Smith, Chief Judge
United States District Court, Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

To      Honorable Rebecca Beach Smith, Chief Judge

Ref:    Ronald Henderson

Date:   January 27, 2016

    With careful reflections over the numerous years (30) I have known Ronald Henderson; he has demonstrated nothing but positive attributes. He is a loving and caring husband, father and family member. He portrays characteristics of a:

- family provider
- a genuine caring and concern person
- modest person
- helpful person
- intelligent and very knowledgeable person
- Christian values

    I know Ronald as a family member of our family and also as a business person. He is one who offers help and assistance in any way possible. In family gatherings, he always exemplifies grace ad manners in his presence. As a business entrepreneur, I speak of his work ethnics. I would eagerly employ Ronald because he is a great candidate for employment. He is punctual, work efficient, demonstrated a great love for whatever task is set before him, he is a hard worker, and he is always willing to work over and beyond the call of duty. Ronald is overall a diligent worker.

    Sometimes in life, our actions and decisions are not with careful reasoning and sound decision making; however, we learn from our mistakes.  I know Ronald Henderson and the demeanor of his character was never intentional of any unlawful deeds. Ronald is a good person and I know if he was granted an opportunity again, his decisions making would be different. As a small business owner and a family member to Ronald Henderson, I am asking you, after careful consideration, please grant him a second chance.

Sincerely,


Jacquelyn M. Shelton

Entrepreneur

ROSILAND T. GRANT
P.O. BOX 577
AHOSKIE, NORTH CAROLINA

The Honorable Rebecca Beach Smith, Chief Judge
United States District Court,
Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, VA  23510

Re:  Ronald Henderson

Dear Judge Smith:

I have known Ronald Henderson for more than twenty-six years as a caring husband and devoted father.

I first met Ron in 1990 as our children both attended the same nursey school in Lewiston, North Carolina.  Ron's wife, Vernetta is one of my dearest friends.  I really hate to see the Henderson family in this predicament as he spared his wife and daughter any knowledge of what was going on.  That speaks to his caring nature, concern for them.

The Henderson family have endured some real life challenges and this situation seems so out of character for the man I know.  I've always admired how hard Ron worked.  When I first met Vernetta, Ron worked in an area near Richmond, Virginia and could often take that trip to and from work which was approximately three hours.  I was amazed by his drive, I have never known him to be a complaining man, just a man determined to do what's best for his family.

Ron is a handy man by nature compared to most men his age.  He keeps an impeccable lawn and his vehicles are always spotless.  Just maybe, old habits are hard to break and if he engaged in those activities after his injury, it was precipitated by habit.

I don't know of any acts of misconduct Ron has committed and his reputation in the community is a thoughtful married man and father.  If you are able to do so Judge Smith, I would respectively ask that you consider giving Ron a second chance.

Sincerely,

Rosiland T. Grant



MAYOR
JOSEPH W. PEEL
MAYOR PRO TEM
ANITA HUMMER
CITY MANAGER
RICHARD C. OLSON
CITY CLERK
VIVIAN WHITE, NCMC

CITY COUNCIL MEMBERS
LEIGH M. BASED
MICHAEL A. SPEED
KIM W. NEEL
JOE PEEL
ANITA HUMMER
ALMA SPENCE
JOSEPH A. SCHULTZ
DARIUS J. HORTON
RUFUS B. WALTON

# CITY OF ELIZABETH CITY

January 15, 2016

To Whom It May Concern:

I am writing this letter on behalf of Ronald Henderson, whom I have known for approximately 15 years. I have observed Mr. Henderson in both my church family and in the community and have found him to be an outstanding leader and mentor in both settings. In my dealings with Mr. Henderson, I have known him to be a person of high moral character and integrity. I understand that we all have shortcomings, but I believe any shortcoming of Mr. Henderson, he would use as a stepping stone to improve upon and better himself.

I know that Mr. Henderson gives back to his community and is a person who strives to do for others whenever he can. I believe Mr. Henderson is someone who would be an asset to any organization and would seek to offer solutions whenever possible. If faced with a problem or difficulty, in the words of Dr. Martin Luther King, Jr., whose legacy we celebrate, "It is always the right time to do what is right." I believe Mr. Henderson has a desire to do the right thing and I humbly ask you to consider his many positive qualities as you reach your decision on his sentence.

I sincerely appreciate your time in this important matter and if there are any questions or concerns, do not hesitate to contact me at (252) 335-1275.

Yours in Service,

Eddie M. Buffaloe, Jr.
Chief of Police
Elizabeth City (NC) Police Department

JOHN HOLLEY, *Sheriff*
Phone 252-724-1681



## Bertie County Sheriff's Office

Post Office Box 157
Windsor, North Carolina 27983
252-794-5330

December 21, 2015

Honorable Rebecca Beach Smith, Chief Judge
United States District Court, Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

Dear Honorable Chief Judge Smith,

I, Sheriff, John Holley have known Ronald Henderson for many years. I have found Ronald to be dedicated, dependable and a hard working individual. I have found Ronald to be of good character and a solid member of the community. It is not of Ronald's character in reference to the pending case that he is scheduled for in March 2016. If I can be of further assistance please do not hesitate to contact me at 252-794-5330.

Sincerely,

John Holley, Sheriff
Bertie County Sheriff's Office

Honorable Rebecca Beach Smith, Chief Judge

United States District Court, Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

Dear Judge Rebecca Beach Smith,

I am writing in reference to **Ronald Henderson**.

I have known Ronald Henderson for more than 30 years. He is better known to me as Uncle Ron. Uncle Ron is a dedicate Husband to my aunt and a great Father to my cousin. He is a good man and a provider for his family, a hardworking man to the core. I know he is a man of integrity and I have never known him to break the law or say or do anything negative to anyone.

I am aware uncle Ron has made a mistake, and he is very remorseful. He is an upright man and he is willing to do whatever it takes to make things right with an **opportunity of a second chance**. I recognize he must be sentence however I hope you will find it fair to provide Uncle Ron with a reduced sentence. I have no doubt uncle Ron will make the right decisions going forward.

Thank You.

Carisa Wheeler

*Christopher B. Robinson, PLLC*

Certified Public Accountant and Consultant
709 W. Washington Street
Suffolk, VA 23434-6102

Tel 757-925-3763
Fax 757-925-3783
E-mail chrisrobinsoncpa@verizon.net

January 10, 2016

Honorable Rebecca Beach Smith, Chief Judge
United States District Court, Eastern District of Virginia
United States Courthouse
600 Granby Street
Norfolk, VA 23510

Chief Judge Beach Smith:

Re: Ronald Henderson

I would like to take this opportunity to provide a character reference letter for Mr. Ronald Henderson. I first met Mr. Henderson in December of 2002. Mr. Henderson was the letter carrier for the United States Postal Service on the route which included my office at the above address.

It was always a pleasure to deal with Mr. Henderson. He has a friendly and outgoing personality and was always polite with me and my staff. He always worked efficiently and effectively and was always positive. I always felt comfortable with him handling our incoming and outgoing mail and knew that he would get it taken care of. In the thirty five years that I have been in business, Mr. Henderson is the best, most reliable mail carrier I have ever had. It was obvious that he took a lot of pride in his work. Even though he was a busy mail carrier, he always took time to say hello and talk a little. We talked about church, family, and our kids. But always briefly as he had to rush of to his next delivery address. I felt that although our contact was brief we became friends.

Since his retirement from the United States Postal Service, we have not had another mail carrier that can live up to the fine way Mr. Henderson treated us. His daily visits are greatly missed. I am confident that Mr. Henderson will apply this same level of integrity, dedication, and positivity to his future endeavors. I know Mr. Henderson will succeed at anything he sets out to accomplish.

If you have any questions or require further information, please feel free to contact me.

Very truly yours,

Christopher B. Robinson, CPA

Member
American Institute of Certified Public Accountants
Virginia Society of Certified Public Accountants

Wendy A. Burkhouse

6289 Rhodes Drive

Windsor, Virginia 23487

January 6, 2016

Honorable Robert J. Beach Smith, Chief Judge

United States District Court, Eastern District of Virginia

United States Courthouse

600 Granby Street

Norfolk, Virginia 23510

Chief Justice Beach Smith,

I would like to take this opportunity to speak about a very rare individual that I have had the honor of knowing through my work. The person to whom I am referring is Mr. Ronald Henderson. Mr. Henderson was the letter carrier for the United States Postal Service on our route located in the West Washington Street area of Suffolk, VA when I came to the company back in 2001 until his retirement. To Mr. Henderson, the job of letter carrier was much more than just a job. He performed his duties with integrity, with dedication, and with a positive attitude. Mr. Henderson always had a kind word as he walked in the office to brighten our day. We have never had another letter carrier like Mr. Henderson. The manner in which he conducted himself and the sheer speed of his service is to this day unmatched. The day Mr. Henderson retired was sad; it was like losing one of our own. His presence is greatly missed.

Sincerely,

Wendy A. Burkhouse

To:  Honorable Rebecca Beach Smith, Chief Judge
     United States District Court, Eastern District of Virginia
     United States Courthouse
     600 Granby Street
     Norfolk, VA 23510

From:  Angellia Moore
       1002 Ivydale Circle
       Lawrenceville, GA 30045

Date:  January 1, 2016

Dear Honorable Judge Smith,

My name is Angellia Moore. I am a teacher in Gwinnett County Public Schools in Lawrenceville, GA. Ronald Henderson is my brother-in-law, married to my sister Vernetta. It is my pleasure to submit this character letter on behalf of Ronald Henderson.

Ron, as we call him, has been a part of our family for about 25 years. I have only seen him as a loving, caring, and devoted husband and father to his family. He has worked hard and long hours over the years to provide for his family.

Ron has consistently been a kind and respectful brother-in-law to our family. He gets along well with members of the family, holds quality conversations, and only shows the utmost respect to everyone in any situation.

I enjoy holding conversations with Ron about current events, political issues, and just overall topics and issues of the current times. I could not ask for a better brother-in-law.

Sincerely,

Angellia Moore



Timothy J. Copeland
LUTCF, AFIS
Agent

December 17, 2015

Honorable Rebecca Beach Smith, Chief Judge
United States District Court, Eastern District of Virginia Farm Bureau
United States Courthouse
600 Granby Street
Norfolk, Virginia 23510

Re: Ronald Henderson

Dear Judge Smith,

I have been asked by Mr. Henderson to write you on his behalf to testify as to his character or lack thereof, thus this letter.

My father told me years ago that it was hard to hide class and a lot harder to hide the lack of it. I have never forgotten these words of wisdom. I have been an agent with Farm Bureau insurance companies for the last 36 years at the location on my letterhead. Ronald Henderson was my mail carrier for the last several years. I and my staff always found Ron to be punctual and accurate in his delivery of mail to my office. He exemplified class and a work ethic we use to consider a routine expectation from workers in years past, but not today. He was "old school". He not only delivered our mail about the same time every day, but he came in the door with a smile, got to know us as people, and our families, and made sure he was accurate in what he did and questioned us to make sure his job performance met our expectations. One of my brothers, who worked for the United States Postal Service for 44 years before retiring in November of 2014, worked with Ron and told me how fine a man he was to work with. He reinforced what we experienced at the office of this man's true character.

I don't know what circumstance requires Ronald Henderson to seek a "character reference" from me, but I can only say I miss him as my mail carrier immensely and wish there were more "characters" like him in the world. It would be a much better place.

Keep Smiling,

Timothy J. Copeland, Agent



**BILL CLOUGH FORD, Inc.**

Ricky R. Clough
President



227 US 1x North • P.O. Box 925

Phone (252) 794-4176
Fax. (252) 794-3614

WINDSOR, NORTH CAROLINA 27983

December 14, 2015

To Whom it May Concern:

This is my statement with reference to the character of Ronald Henderson.  In a professional atmosphere at Bill Clough Ford Inc., he has an account with us, which he maintains in a satisfactory manner.  Personal interaction with him is always very pleasant.  I have experienced him being only honest in all matters of our business relationship.

Sincerely,

Ricky Clough, President

# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

Henderson Ronald

*has completed the course*

2015 Emotional Survival (Detention)

November 9, 2015



Credit Hours: 4 credits

uupjBSnoGb

Instructor: Jennifer Bnefling Cert# 10901471122

*Dean*

G. Dennis Massey
*President*

# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

Henderson Ronald

*has completed the course*

2015 Documenting the Incident

November 7, 2015



Credit Hours: 4 credits

gluf(YSD3L

Instructor: Chad Singleton; Cert #: 100071909

*G. Jervis Massey*
President

*Kristin S. Braswell*
Dean



# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

Henderson Ronald

*has completed the course*

2015 Legal Update (Detention)

November 16, 2015



Credit Hours: 4 credits

OxKG67D6Z4

*President*

Instructor: Rodney Jacobs Cert. #: 1000b97222

*Dean*



# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

Henderson Ronald

*has completed the course*

2015 TB Awareness

November 8, 2015

PITT
Community College

Credit Hours: 2 credits

f1pK1p2Bga

Instructor: Delicia Little Cert#: 100179671

Kristin S. Braswell
*Dean*

G. Dennis Massey
*President*

# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

## Henderson Ronald

*has completed the course*

2015 Hazardous Materials

November 9, 2015



Credit Hours: 2 credits

UTXVluO4FA

Instructor: Ronald R. Smith Cert#: 100114950

*Dean*

*President*

# Pitt Community College

Continuing Education & Community Development
Greenville, North Carolina

*This is to certify that*

## Henderson Ronald

*has completed the course*

2015 Fire Extinguisher Familiarization

November 9, 2015



Credit Hours: 2 credits

x3411Q4q4q

Instructor: Ronald R. Smith Cert#: 100114950

*Kristin S. Bradwell*
Dean

*G. Dennis Massey*
President

# Pitt Community College

Division of Continuing Education & Community Development

Greenville, North Carolina

*This certifies that*

## Ronald Henderson

*has successfully completed*

2015 PPCT Defensive Tactics (Detention)
Instructor: Rodney Jacobs Certificate #100069222
4 Credits/Hours on 07/02/2015



_Kristina S. Bradwell_
Dean

_G. Dennis Massey_
President



SERVICE AWARD

PRESENTED TO

# RONALD HENDERSON

## 18 YEARS OF SERVICE

Given by the United States Postal Service on the
occasion of your retirement

### FEBRUARY 28, 2014

RICHMOND DISTRICT MANAGER

POSTMASTER



UNITED STATES
POSTAL SERVICE

March 30, 2004

Ronald Henderson
City Carrier
Main Office
Suffolk, VA 23434

Dear Mr. Henderson:

It is with great pleasure that I present you with a Certificate of Appreciation in recognition of your non-use of sick leave during 2003.

The Postal Service recognizes the value of employees like you who dependably report to work day after day.  We must have dedicated employees if we are to consistently provide high quality service to our customers.  I am sure there must have been some days when you reported for work feeling "less than one hundred percent".

I wish to take this opportunity to personally commend you and express my appreciation.  A copy of this letter will become a permanent part of your Offical Personnel Folder.

Sincerely,

James E. Colston
Postmaster
Suffolk, VA 23434-9998

Attachment

445 N MAIN STREET
SUFFOLK VA 23434-9998

757 539 8693
FAX 757-539-2642



# Ronald Henderson

*Non-use of sick leave for the year 2003*

March 30, 2004

James E. Colston
Postmaster
Suffolk, VA 23434-0998

# CERTIFICATE OF APPRECIATION

## AWARDED TO

*Ronald Henderson*

We Salute and Thank You for Your Service to America



## Mount Olive Missionary Baptist Church

Sunday, November 8, 2015

Youth Discipleship Youth Ministry


